No. 5,200.—UNION TRUST & SAVINGS BANK ET AL., APPELLANTS, *v.* BENJAMIN MORRIS ET AL., RESPONDENTS.

*Appeal from District Court, Missoula County.*

Decided April 21, 1923.

PER CURIAM.—Upon motion supported by stipulation of counsel the appeal in the above-entitled action is dismissed.

*Messrs. Murphy & Whitlock,* for Appellants.

*Mr. Ralph L. Arnold, Mr. Elmer E. Hershey, Mr. Richard H. Smith, Mr. Josiah Shull* and *Mr. Albert Besancon,* for Respondents.

———

No. 5,199.—STANDARD BAKING CO., APPELLANT, *v.* J. E. HAMPLE ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County.*

Decided April 28, 1923.

PER CURIAM.—Upon stipulation of the parties herein, the appeal in the above-entitled cause is dismissed.

*Mr. Harry Meyer,* for Appellant.

*Mr. A. G. Shone,* for Respondents.